UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
NORTHERN DIVISION
at Covington

| | |
|---|---|
| WILD FLAVORS, INC., et al., ) | |
| ) | |
| Plaintiffs, ) | Civil Action No. 2:24-cv-00006-SCM-CJS |
| ) | |
| v. ) | |
| ) | **ORDER** |
| WAUSAU UNDERWRITERS INSURANCE ) | |
| COMPANY, et al., ) | |
| ) | |
| Defendants. ) | |

\*\*\* \*\*\* \*\*\* \*\*\*

This matter is before the Court on the parties' cross-motions for summary judgment. [Dkt. 67, 115, 121]. This Court partially granted Plaintiffs' motion, denied Defendant Allied World National Assurance Company's motion, and partially granted Defendant Wausau Underwriters Insurance Company's motion. [Dkt. 179]. This Court also requested additional briefing on two issues: (1) "which settlements and costs must be indemnified under an 'actual liability' indemnity standard in the insurance agreements, and a continuous trigger of coverage"; and (2) "[w]hether Kentucky law mandates a complete waiver of any challenge to defense costs when an insurer breaches its duty to defend and, if not, which costs are reasonable here." [Dkt. 179 at 29–30]. Both sides having filed their supplemental briefs on these issues, [Dkt. 192, 203], and the Court being otherwise sufficiently advised, **IT IS ORDERED** as follows:

(1) The Court will hold an in-person oral argument on **Monday, January 12, 2026, at 1:30 p.m. EST**, in **Courtroom B** of the United States Courthouse in **Covington, Kentucky**.

(2) Counsel participating in the hearing should be present at the Courthouse **at least**

**ten minutes before the oral argument is scheduled to begin**.

Signed this 10th day of December, 2025.

S. Chad Meredith, District Judge
United States District Court
Eastern District of Kentucky